IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHAUNTAE MARIE DAVIS                                                                 PLAINTIFF

    v.                             Civil No. 2:23-cv-02055-MEF

RJ PRINJA, LLC;
MELONIA RUTH PRINJA;
and SHAWN PRINJA                                                                     DEFENDANTS

## ORDER OF DISMISSAL

Currently before the Court is the Joint Stipulation of Dismissal filed by the parties on June 14, 2024. (ECF No. 46). The parties advise that all claims against all Defendants that were or could have been brought are to be dismissed with prejudice. The parties previously consented to the jurisdiction of the United States Magistrate Judge for the Western District of Arkansas for the conduct of further proceedings and the entry of Judgment. (ECF No. 45).

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissal under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A. H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Therefore, all claims were effectively dismissed when the parties filed the instant Joint Stipulation of Dismissal; however, this Order of Dismissal is issued for the purpose of maintaining the Court's docket.

Upon the parties' Joint Stipulation of Dismissal, this case is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and attorneys' fees. If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Order of Dismissal. The Court

retains jurisdiction to vacate this Order upon cause shown that any such settlement has not been completed and further litigation is necessary.

  IT IS SO ORDERED this 14th day of June 2024.

            /s/ *Mark E. Ford*
            HON. MARK E. FORD
            UNITED STATES MAGISTRATE JUDGE